UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JARED ZAMZOW,

    Plaintiff,

v.

WELLS FARGO COMPANY,

    Defendant.

Case No. 20-CV-58-RSL

ORDER TO SHOW CAUSE

On January 13, 2020, plaintiff lodged a complaint in this Court seeking various forms of relief from defendant for alleged violations of the Americans with Disabilities Act. Plaintiff's complaint also mentions "ADEA" (presumably the Age Discrimination in Employment Act), and "Title VII" (presumably Title VII of the Civil Rights Act of 1964). Pursuant to 28 U.S.C. § 1391(b), civil actions in federal court may be brought, with limited exceptions, only in the judicial district where defendants reside or in a judicial district in which a substantial part of the events giving rise to the claim occurred. On the face of the complaint, this action involves a Texas plaintiff, a California corporation, and conduct which occurred in Harris County, Texas. Accordingly, venue does not lie in this judicial district.

Plaintiff is therefore ORDERED TO SHOW CAUSE why the above-captioned matter should not be dismissed for improper venue under 28 U.S.C. § 1406(a). Plaintiff shall file his response within twenty-one (21) days of the date of this Order.

//

ORDER TO SHOW CAUSE - 1

DATED this 16th day of January, 2020.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER TO SHOW CAUSE - 2