UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JARED ZAMZOW, <br><br> Plaintiff, <br><br> v. <br><br> WELLS FARGO COMPANY, <br><br> Defendant. | Case No. 20-CV-58-RSL <br><br> ORDER VACATING ORDER OF DISMISSAL |

On March 26, 2020, plaintiff timely filed his third amended complaint. See Dkt. #15. Plaintiff has now cured the venue defect identified in the Court's January 16, 2020 Order to Show Cause (Dkt. #3) and subsequent Order of Dismissal (Dkt. #10). Accordingly, the Court's Order of Dismissal (Dkt. #10) is VACATED. The Clerk of Court is directed to REOPEN this case. Defendant shall file and serve its responsive pleading in accordance with Fed. R. Civ. P. 12.

DATED this 30th day of March, 2020.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER VACATING ORDER OF DISMISSAL - 1