THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JARED ZAMZOW, individually,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WELLS FARGO COMPANY,<br><br>　　　　　Defendant. | NO. 2:20-CV-00058-RSL<br><br>**STIPULATED MOTION TO STAY PROCEEDINGS PENDING FINAL SETTLEMENT**<br><br>**[Clerk's Action Required]** |

## **STIPULATION**

Pursuant to LCR 11(b), the parties in this matter hereby notify the Court that the parties have fully settled this matter with the assistance of the Honorable William F. Downes for the United States District Court for the District of Wyoming (Ret.) of JAMS mediation services. The parties prepared a settlement agreement and a Stipulation and Order of Dismissal that will be presented once Plaintiff receives the full settlement amount. Accordingly, the Parties agree that there is no need to proceed with the dates and deadlines provided in the Court's Minute Order Setting Trial Date & Related Dates (ECF No. 21) and its Order Granting in Part Defendant's Motion to Amend Case Schedule (ECF No. 32), and request a stay of those dates and deadlines until this matter is dismissed with prejudice.

STIPULATED MOTION TO STAY PROCEEDINGS PENDING
FINAL SETTLEMENT (20-00058-RSL) - Page 1

FISHER & PHILLIPS LLP
1201 THIRD AVENUE, SUITE 2750
SEATTLE, WA 98101
Phone: (206) 682-2308 Fax: (206) 682-7908

FP 39715109.1

1  DATED: January 29, 2021                    DATED: January 29, 2021

2  By: _/s/Ryan R. Jones_                     By: _s/Jared Zamzow (see Stip, Motion, Dkt. No. 36)_
3  Ryan R. Jones, WSBA #52566                 Jared Zamzow, *pro se*
   Suzanne K. Michael, WSBA #14072            5110 Charriton Drive
4  Fisher & Phillips LLP                      Houston, TX 77039
   1201 Third Ave., Suite 2750                Phone: (206)817-7916
5  Seattle, WA 98101                          E-mail: JT112RBZ@gmail.com
   Phone: 206-682-2308
6  Email: rrjones@fisherphillips.com
           smichael@fisherphillips.com
7  Attorneys for Defendants

STIPULATED MOTION TO STAY PROCEEDINGS PENDING
FINAL SETTLEMENT (20-00058-RSL) - Page 2

FISHER & PHILLIPS LLP
1201 THIRD AVENUE, SUITE 2750
SEATTLE, WA 98101
Phone: (206) 682-2308 Fax: (206) 682-7908

FP 39715109.1

**ORDER**

The matter before the Court is the parties' Stipulated Motion To Stay Proceedings Pending Final Settlement. Having considered the pleadings and all records before the court, including the parties' Stipulated Motion,

**IT IS ORDERED**:

The Parties Stipulated Motion To Stay Proceedings Pending Final Settlement is hereby granted pending entry of the Parties' Stipulation and Order of Dismissal.

Dated this 2nd day of February, 2021.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

*Presented by:*

By: */s/Ryan R. Jones*
Ryan R. Jones, WSBA #52566
Suzanne K. Michael, WSBA #14072
Fisher & Phillips LLP
1201 Third Ave., Suite 2750
Seattle, WA 98101
Phone: 206-682-2308
Facsimile: 206-682-7908
Email: rrjones@fisherphillips.com
        smichael@fisherphillips.com
Attorneys for Defendants

*Approved:*

By: *s/Jared Zamzow (see Stip, Motion, Dkt. No. 36)*
Jared Zamzow, *pro se*
5110 Charriton Drive
Houston, TX 77039
Phone: (206)817-7916
E-mail: JT112RBZ@gmail.com

STIPULATED MOTION TO STAY PROCEEDINGS PENDING
FINAL SETTLEMENT (20-00058-RSL) - Page 3

FISHER & PHILLIPS LLP
1201 THIRD AVENUE, SUITE 2750
SEATTLE, WA 98101
Phone: (206) 682-2308 Fax: (206) 682-7908

FP 39715109.1