THE HONORABLE ROBERT S. LASNIK

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| JARED ZAMZOW, individually,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO COMPANY,<br><br>Defendant. | NO. 2:20-CV-00058-RSL<br><br>**STIPULATED MOTION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>**[Clerk's Action Required]** |

## **STIPULATION**

Pursuant to FRCP 41(a)(1), the parties in this matter, by and through their counsel of record, hereby stipulate to a dismissal of Plaintiff's claims with prejudice and without fees and costs to either party, and request that the Court enter an Order reflecting the same.

DATED: January 28, 2021                    DATED: January 28, 2021

By: /s/Ryan R. Jones                                  By: s/ Jared Zamzow (*see attached signed copy*)
Ryan R. Jones, WSBA #52566                  Jared Zamzow, *pro se*
Suzanne K. Michael, WSBA #14072         5110 Charriton Drive
Fisher & Phillips LLP                                 Houston, TX 77039
1201 Third Ave., Suite 2750                     Phone: (206)817-7916
Seattle, WA 98101                                    E-mail: JT112RBZ@gmail.com
Phone:  206-682-2308
Email: rrjones@fisherphillips.com
          smichael@fisherphillips.com
Attorneys for Defendants

STIPULATED MOTION AND ORDER FOR DISMISSAL WITH PREJUDICE (20-00058-RSL) - Page 1

FISHER & PHILLIPS LLP
1201 THIRD AVENUE, SUITE 2750
SEATTLE, WA 98101
Phone: (206) 682-2308 Fax: (206) 682-7908

FP 39705739.2

# ORDER

The matter before the Court is the parties' Stipulated Motion for Dismissal With Prejudice and without fees and costs to either party.

Having considered the pleadings and all records before the court, including the parties' Stipulated Motion for Dismissal,

**IT IS ORDERED**:

Plaintiff's claims are hereby dismissed with prejudice and without fees and costs to either party.

Dated this 10th day of March 2021

_____
Robert S. Lasnik
United States District Judge

*Presented by:*

By:  */s/Ryan R. Jones*
Ryan R. Jones, WSBA #52566
Suzanne K. Michael, WSBA #14072
Fisher & Phillips LLP
1201 Third Ave., Suite 2750
Seattle, WA 98101
Phone:  206-682-2308
Facsimile: 206-682-7908
Email: rrjones@fisherphillips.com
        smichael@fisherphillips.com
  Attorneys for Defendants

*Approved:*

By: / Jared Zamzow (*see attached signed copy*)
Jared Zamzow, *pro se*
5110 Charriton Drive
Houston, TX 77039
Phone: (206)817-7916
E-mail: JT112RBZ@gmail.com

STIPULATED MOTION AND ORDER FOR DISMISSAL WITH PREJUDICE (20-00058-RSL) - Page 2

FISHER & PHILLIPS LLP
1201 THIRD AVENUE, SUITE 2750
SEATTLE, WA 98101
Phone: (206) 682-2308 Fax: (206) 682-7908

FP 39705739.2